Exhibit B
Financing Structure

52719/0001-10997527v5



Proposed Reichhold Financing Structure