**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Reichhold Holdings US, Inc. | : | Case No. 14-12237 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Pension Benefit Guaranty Corporation**, Attn: Craig Yamaoka, 1200 K Street N.W., Washington, DC 20005, Phone: 202-326-4070 ext. 3614, Fax: 202-326-4112

2. **Stepan Company**, Attn: Arthur Mergner, 22 West Frontage Road, Northfield, IL 60091, Phone: 847-501-2382, Fax: 847-441-1466

3. **Americas Styrenics,** Attn: Tom Jeanson, 1004 Overbrook Road, Wilmington, DE 19807, Phone: 302-654-7549, Fax: 832-616-7889

4. **Evonik Corporation**, Attn: Maria Limarenko, 299 Jefferson Road, Parsippany, NJ 07054, Phone: 973-929-8225, Fax: 973-929-8438

5. **United Steelworkers,** Attn: David Jury, Five Gateway Center, Room 807, Pittsburgh, PA 15222, Phone: 412-562-2545, Fax: 412-562-2574

6. **Alnor Oil Company, Inc.**, Attn: Marjorie Klayman, 70 E. Sunrise Highway, Valley Stream, NY 11581, Phone: 516-561-6146, Fax: 516-561-6123

7. **Estate of Anna R. Hartgrave**, Attn: Raeann Warner, Jacobs & Crumplar P.A., 2 East 7th Street, PO Box 1271, Wilmington DE 19899, Phone: 302-656-5445 Ext. 13, Fax: 302-656-5875

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Mark Kenney for,
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: October 14, 2014

Attorney assigned to this Case: Mark Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Marion Quirk, Esquire, Phone: (302) 652-3131, Fax: (302) 652-3117