IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| REICHHOLD HOLDINGS US, INC., *et al.*, ) | Case No. 14-12237 (MFW) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael B. Schaedle of the law firm Blank Rome LLP to represent the Official Committee of Unsecured Creditors in the above-captioned cases.

Dated: October 15, 2014      **BLANK ROME LLP**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Josef W. Mintz (No. 5644)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Facsimile: (302) 425-6464

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: October ___, 2014      _____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Reichhold Holdings US, Inc. (5768), Reichhold, Inc. (4826), Canadyne Corporation (7999), and Canadyne-Georgia Corporation (7170). The street address for the Debtors is 1035 Swabia Ct., Durham, North Carolina 27703.

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bars of the Commonwealth of Pennsylvania and the States of New Jersey, Wisconsin and New York; the United States District Courts for the Eastern and Middle Districts of Pennsylvania; the United States District Court for the Southern District of New York; the United States District Court for the District of New Jersey; and the United States Court of Appeals for the Second and Third Circuits and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: October 15, 2014

**BLANK ROME LLP**

*/s/ Michael B. Schaedle*
Michael B. Schaedle
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Telephone: (215) 569-5762
Facsimile: (215) 832-5762
Schaedle@BlankRome.com