IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| REICHHOLD HOLDINGS US, INC., *et al.*, | : Case No. 14-12237 (MFW) |
| | : |
| Debtors.[1] | : Jointly Administered |
------------------------------------------------------------- x

**NOTICE OF (A) CONFIRMATION HEARING WITH RESPECT TO PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY THE DEBTORS AND (B) RELATED OBJECTION DEADLINE**

PLEASE TAKE NOTICE that, on November 19, 2015, the debtors and debtors-in-possession in the above-captioned cases (together, the "Debtors") filed the Second Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (as may be amended, supplemented or otherwise modified, the "Plan"), pursuant to and as described in the Second Amended Disclosure Statement With Respect To Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (the "Disclosure Statement"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan.

PLEASE TAKE FURTHER NOTICE that, on November 19, 2015, the Bankruptcy Court entered the Order (A) Approving Disclosure Statement; (B) Scheduling Hearing On Confirmation Of Plan; (C) Establishing Deadlines And Procedures For (I) Filing Objections To Confirmation Of Plan, (II) Claim Objections And (III) Temporary Allowance Of Claims For Voting Purposes; (D) Determining Treatment Of Certain Unliquidated, Contingent Or Disputed Claims For Notice and Voting Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages And Procedures For Distribution, (II) Form Of Notice Of Hearing On Confirmation And Related Matters And (III) Forms Of Ballots; (G) Establishing Voting Deadline And Procedures For Tabulation Of Votes; And (H) Granting Related Relief [Docket No. 1252] (the "Solicitation Procedures Order"), thereby approving the Disclosure Statement [Docket No. 1246].

PLEASE TAKE FURTHER NOTICE that, pursuant to the Solicitation Procedures Order, a hearing (the "Confirmation Hearing") will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market St., 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801, on **January 13, 2016 at 2:00 p.m. (Eastern Time)** or as soon thereafter as counsel can be heard, to consider the entry of an order confirming the Debtors' Plan within the meaning of section 1129 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The Confirmation Hearing may be continued from time to time by way of announcement of such continuance in open court, without further notice to parties in interest.

PLEASE TAKE FURTHER NOTICE that responses and objections, if any, to confirmation of the Plan (each, a "Plan Confirmation Objection") must (a) be made in writing; (b) comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; (c) state the name and address of the objecting party and the nature and amount of any claim or interest asserted by such party against the Debtors, their estates or property; (d) state with particularity the legal and factual bases and nature of any objection to the Plan; and (e) be filed with the Bankruptcy Court, and served on the following, so as to be received **on or before 4:00 p.m. (Eastern Time) on January 6, 2016**: (a) Debtors' counsel, Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attn: Norman L. Pernick, Esq. (npernick@coleschotz.com) and Marion M. Quirk, Esq.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Reichhold Holdings US, Inc. (5768), Reichhold Liquidation, Inc. (f/k/a Reichhold, Inc.) (4826), Canadyne Corporation (7999), and Canadyne-Georgia Corporation (7170). The street address for the Debtors is 1035 Swabia Ct., Durham, North Carolina 27703.

(mquirk@coleschotz.com)), (b) counsel to the Committee, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq. (Fatell@BlankRome.com)) and Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq. (MIndelicato@hahnhessen.com ) and Janine M. Figueiredo, Esq. (jfigueiredo@hahnhessen.com)), and (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Mark S. Kenney, Esq. (Mark.Kenney@usdoj.gov)).  Plan Confirmation Objections that are not timely filed shall not be considered by the Bankruptcy Court and shall be overruled.

PLEASE TAKE FURTHER NOTICE that the Plan may be further modified, if necessary, pursuant to 11 U.S.C. § 1127, prior to, during or as a result of the Confirmation Hearing, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE that the Plan provides for releases, exculpation and injunctions of certain conduct.  The injunctions in the Plan include a permanent injunction of the commencement or prosecution by any entity, whether directly, derivatively or otherwise, of any claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action or liabilities released or exculpated pursuant to the Plan.**

PLEASE TAKE FURTHER NOTICE that, except as otherwise provided in the Plan or in any contract, instrument, release or other agreement or document entered into in connection with the Plan, each of the executory contracts and unexpired leases to which any Debtor is a party shall be deemed automatically rejected by the applicable Debtor as of the Effective Date (as defined in the Plan).

**PLEASE TAKE FURTHER NOTICE that under the Bankruptcy Code, only holders of allowed claims may vote to accept or reject the plan.  Holders of claims that have been determined to be "Disputed Claimants" are not entitled to vote.  A Disputed Claimant is one whose claims was (a) asserted in an untimely proof of claim that has not been allowed by the court as timely on or before the record date; (b) asserted in a proof of claim as to which an objection to the entirety of the claim is pending as of the record date; or (c) listed in the Schedules of Liabilities as contingent, unliquidated or disputed and not asserted in a timely proof of claim (collectively, the "Disputed Claims").**

**PLEASE TAKE FURTHER NOTICE that if a Disputed Claimant wishes to DISPUTE its status as a Disputed Claimant and to seek the right to vote on the Plan, it must request temporary allowance of its claim for voting purposes on or before December 28, 2015 at 4:00 p.m. by filing an appropriate motion (a "Rule 3018 Motion") with the Court.  The Court's ruling on the Rule 3018 Motion will determine whether or not you a Disputed Claimant is entitled to vote on the Plan.**

PLEASE TAKE FURTHER NOTICE that the Disclosure Statement, Plan and Solicitation Procedures Order may be examined by any party in interest: (i) between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday, excluding federal holidays, at the Office of the Clerk of the Bankruptcy Court, 824 N. Market St., 3rd Floor, Wilmington, Delaware 19801; (ii) at the Debtors' case website (http://www.loganandco.com) or http://www.loganandco.com/ClientCustom.aspx?DebtorID=392&DebtorTabID=3805; or (iii) at the Bankruptcy Court's website (http://www.deb.uscourts.gov) (a PACER account is required); or may be obtained by written request to Logan & Company, Inc. (the "Voting Agent"), at RI@loganandco.com.

3

**If you have any questions regarding this Notice, please contact the Voting Agent by email at RI@loganandco.com. The Voting Agent is not permitted to provide legal advice.**

Dated: November 19, 2015

COLE SCHOTZ P.C.
Norman L. Pernick (I.D. No. 2290)
Marion M. Quirk (I.D. No. 4136)
David W. Giattino (I.D. No. 5614)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

-and-

Gerald H. Gline
Felice R. Yudkin
25 Main Street
Hackensack, NJ 07602-0800

*Counsel for Reichhold Debtors and Debtors-in-Possession*

52719/0001-12488402v1